UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HASSAN GOLCHINI,

    Plaintiff,

  v.

MEMBERS OF THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,

    Defendants.

Case No. 15-cv-00296-WHO

**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS**

This federal civil rights action is on appeal to the United States Court of Appeals for the Ninth Circuit. *See* Dkt. No. 10. On September 2, 2015, the Court of Appeals referred the matter to this Court for the limited purpose of determining whether plaintiff's in forma pauperis ("IFP") status should continue on appeal. Dkt. No. 11.

I find that it should not. There are no valid grounds on which an appeal can be based. Consequently, I certify that any appeal taken from the order of dismissal in this action is plainly frivolous and will not be taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674-75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, plaintiff's IFP status is REVOKED.

The Clerk shall forthwith notify plaintiff and the Court of Appeals of this order. *See* Fed. R. App. P. 24(a)(4). Plaintiff may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty days after service of notice of this order. *See* Fed. R. App. P. 24(a)(5). Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action." *Id*.

**IT IS SO ORDERED**.

Dated: September 9, 2015



WILLIAM H. ORRICK
United States District Judge